UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

BMW FINANCIAL SERVICES
NA, LLC,

    Plaintiff,

v.

VALERY ABUGATTAS and JOHN
DOE,

    Defendants.
_____/

## COMPLAINT

Plaintiff, BMW Financial Services NA, LLC ("BMW FS"), sues Defendants, Valery Abugattas ("Abugattas") and John Doe, and alleges:

### GENERAL ALLEGATIONS

#### *Synopsis of Claims*

1.    As detailed below, Abugattas fraudulently returned a leased vehicle to BMW FS. Specifically, prior to returning the leased vehicle, Abugattas, with assistance of John Doe, had the odometer "rolled back" so that there were fewer miles reflected on the odometer than were actually on the vehicle in order to avoid excess mileage charges under the lease. In doing so, Abugattas violated 49 U.S.C. § 32703.

2.    Additionally, Abugattas' actions regarding rolling back the odometer give rise to pendant claims for breach of the lease agreement.

#### *Jurisdiction*

3.    This Court has jurisdiction under 49 U.S.C. §§32703 and 32710 and has supplemental jurisdiction over the breach of contract claims under 28 U.S.C. § 1367.

1

### *Allegations as to Parties*

4. At all times material hereto, BMW FS was authorized to do, and was doing, business in Broward County, Florida.

5. At all times material hereto, Abugattas was a resident of Broward County, Florida.

6. On or about April 16, 2008, Abugattas entered into a thirty-six (36) month lease (the "Lease") for a 2008 BMW 328i automobile, VIN: WBAVA33598KX87863 (the "Vehicle") with Lauderdale Imports Ltd. ("Lauderdale Imports"). A true and correct copy of the Lease is attached hereto and incorporated herein as **Exhibit "A."**

7. Lauderdale Imports assigned the Lease to Financial Services Vehicle Trust (the "Origination Trust"). *See* Exhibit A, Section 2.

8. BMW FS is the servicing agent authorized to act on behalf of the Origination Trust.

### *Factual Allegations*

9. After Abugattas requested and obtained from BMW FS a two-month extension of the Lease beyond its scheduled maturity, Abugattas returned the Vehicle to BMW FS on May 24, 2011.

10. Upon inspection of the Central Vehicle Data Key History (the "Key Reading"), BMW FS discovered discrepancies in the data that indicated that the odometer had been unlawfully rolled back. More specifically, on May 17, 2010, the Key Reading reflected stored mileage of 47,018.536 miles. Nine (9) months later, on February 11, 2011, the Key Reading

reflected stored mileage of 40,573.674 miles[1]. A true and correct copy of the Key Reading is attached hereto and incorporated herein as **Exhibit "B."**

11.  Upon information and belief, at the request of and in concert with Abugattas, John Doe altered the odometer of the Vehicle to reflect fewer miles than the Vehicle had actually been driven in an attempt to avoid excess wear charges for driving the Vehicle more miles than permitted by the Lease.

12.  Abugattas's and John Doe's actions of rolling back the odometer have caused damage to BMW FS by significantly diminishing the value of the Vehicle due to, *inter alia*:

   a)  physical damage to the Vehicle, including excessive wear and tear on the Vehicle;

   b)  invalidation of the Vehicle warranty due to the true mileage of the Vehicle being unknown; and

   c)  diminished marketability of the Vehicle due to disclosures required to be conspicuously displayed on the doorframe of the Vehicle and on the Certificate of Title indicating that the true mileage of the Vehicle is unknown due to the improper alteration of the odometer.

13.  Additionally, due to Abugattas' and John Doe's unlawful actions in rolling back the odometer, BMW FS has been forced to (i) withhold the Vehicle from auction sale and (ii) incur costs associated with the storage and maintenance of the Vehicle during the pendency of the instant matter.

---

[1] The Key Reading measures and stores the odometer information in kilometers. The conversion from kilometers to miles is: 75,669 kilometers is equal to 47,018.536 miles, and 65,297 kilometers is equal to 40,573.674 miles.

**COUNT I – VIOLATION OF FEDERAL ODOMETER LAW: ALL DEFENDANTS**

14. BMW FS reaffirms and realleges the allegations contained in Paragraphs 1 through 13 above as if fully set forth herein.

15. This is an action for violation of the federal odometer statutes under 49 U.S.C. §32703, exclusive of interest, costs and attorneys fees.

16. At all times material hereto, the Vehicle was a "motor vehicle" as said term is defined under 49 U.S.C. §32101(7).

17. Abugattas and John Doe intentionally altered the odometer reading of the Vehicle with the intent to change the mileage registered by the odometer, to defraud BMW FS, and to serve the ends of Abugattas, to-wit: to avoid paying for excess mileage under the Lease.

18. Abugattas's and John Doe's conspiracy to alter, and actual alteration of, the Vehicle's odometer reading constitute violations of 49 U.S.C. §32703.

19. As a proximate cause of the violation of 49 U.S.C. §32703 by Abugattas and John Doe, BMW FS has suffered actual damages in the form of diminishment of the value of the Vehicle and the invalidation of the factory warranty on the Vehicle.

20. Abugattas and John Doe violated 49 U.S.C. §32703 with the specific intent to defraud BMW FS.

21. As a direct and proximate result of the violations of 49 U.S.C. §32703, and pursuant to 49 U.S.C. §32710(a), Abugattas and John Doe are liable to BMW FS in the sum of three times its actual damages or $1,500.00, whichever is greater.

22. Pursuant to 49 U.S.C. §32710(b), BMW FS is entitled to recover its reasonable attorney's fees and court costs upon entry of judgment in its favor.

23. BMW FS has retained the undersigned counsel to represent its interest herein and is obligated to pay said counsel a reasonable fee for their services.

WHEREFORE, Plaintiff, BMW Financial Services, NA, LLC, demands judgment in its favor and against Defendants, Valery Abugattas and John Doe, for damages, together with interest, court costs and attorneys fees pursuant to 49 U.S.C. § 32710(b).

**COUNT II – BREACH OF LEASE AGREEMENT: VALERY ABUGATTAS ONLY**

24. BMW FS realleges and reaffirms the allegations contained in Paragraphs 1 through 13 above as if fully set forth herein.

25. This is an action for breach of the Lease brought pursuant to the doctrine of pendent jurisdiction.

26. In altering the odometer reading on the Vehicle, Abugattas breached the Lease by, *inter alia,* failing to comply with, and violating, the following provisions:

   (a) Section 17(a), which prohibits using the Vehicle in any way that violates the law or the terms of Abugattas's insurance policy or the Lease;

   (b) Section 18, which requires Abugattas to notify BMW FS within thirty (30) days of any odometer malfunction, and prohibits any alterations that decrease the Vehicle's value or usefulness or that violate the law; and

   (c) Section 30, which requires Abugattas to repair any damage that makes it unlawful to drive the Vehicle.

27. As a direct and proximate result of Abugattas's breach of the Lease, BMW FS has been damaged.

28. Pursuant to Section 31 of the Lease, BMW FS is entitled to recover its attorney's fees and court costs relative to any suit arising out of the condition, maintenance, use, ownership or operation of the Vehicle.

WHEREFORE, Plaintiff, BMW Financial Services, NA, LLC, demands judgment for damages against Defendant Valery Abugattas together with court costs and attorneys fees pursuant to the Section 31 of the Lease.

By: /s/ *Rachel H. LeBlanc*_____
DAVID B. McCREA
Florida Bar No. 239038
dmccrea@shutts.com
RACHEL H. LEBLANC
Florida Bar No. 0021815
rleblanc@shutts.com
**SHUTTS & BOWEN LLP**
200 East Broward Boulevard, Suite 2100
Fort Lauderdale, Florida  33301
Tel.:  (954) 847-3824
Fax:  (954) 527-7924
*Counsel for Plaintiff*